**Randy C. EILAND Plaintiff–Appellant,**

v.

**Larry HINES, Associate Superintendent; et al., Defendants–Appellees.**

No. 02–35302.
D.C. No. CV–01–00270–RHW.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

### MEMORANDUM**

Washington state prisoner Randy C. Eiland appeals pro se the district court's judgment dismissing, pursuant to 28 U.S.C. § 1915(e)(2), his civil rights action alleging violations of the Fifth and Fourteenth Amendments. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998), and we affirm.

The district court properly dismissed Eiland's action because he challenges the revocation of good time credits and such an action is not cognizable under 42 U.S.C. § 1983. *See Edwards v. Balisok,* 520 U.S. 641, 647, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997); *Heck v. Humphrey,* 512 U.S. 477, 481, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (holding that habeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.